IN THE SUPREME COURT OF TEXAS

 No. 09-0592

 IN RE LARRY C. NAIL

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's emergency motion to stay, filed July 21, 2009, is
granted in part and denied in part. Relator's request to stay the
proceedings in Cause No. 2008-CI-08066 in the 225th District Court of Bexar
County is denied. All proceedings in Cause No. 04-08-00933-CV, styled In
re Rick Godwin and Eagle's Nest Christian Fellowship Church, Inc. n/k/a
Summit Christian Center, in the Fourth Court of Appeals are stayed pending
further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this July 23, 2009.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk